# LaRocca Hornik Rosen
## & Greenberg LLP

### Counselors at Law

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

LHRGB.com

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

Frank J. LaRocca ᴛᴏ
Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg ᴧ
Amy D. Carlin ᴧ
Patrick T. McPartland ᴧ
David N. Kittredge ᴧ
Jonathan F. Ball ◊
Jared E. Blumetti
Katelyn Canning
Florence R. Goffman ᴧ◊
Sherry Hamilton ᴧ
Peter Kelegian ᴧ
Drew Tanner ┼
Lauren Weissman-Falk

ᴧ New York Bar Only
┼ New Jersey Bar Only
◊ Of Counsel Attorneys
Certified Matrimonial Law Attorney

Freehold Commons
83 South Street
3rd Floor
Freehold, NJ 07728
732.409.0144
732.409.0852 fax

**JAN 2 2 2020**

January 17, 2020

**SO ORDERED:**                    1/21/20

_(signature)_

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> Re:   Michelle Adams v. Equinox Holdings, Inc. et al.
>       Case No.: 1:19-cv-08461 (AJN) (SDA)

Dear Judge Nathan:

We are counsel for defendants Equinox Holdings, Inc., Joe Matarazzo, Matt Herbert, and Wil Diaz (the "Defendants") and are writing on behalf of plaintiff and Defendants to jointly request that the Initial Conference scheduled for January 24, 2020 be adjourned.

The reason for the request is that the parties have been referred to court-ordered mediation, which includes the requirement that they exchange initial discovery in accordance with the Discovery Protocols. *See ECF No. 21.* The parties were just assigned a mediator yesterday and are required to schedule their first mediation session by February 18, 2020.

For these reasons, it is respectfully requested that the Initial Conference be adjourned to a date following the completion of the mediation. March 20, 2020, March 27, 2020 and April 3, 2020 are mutually agreeable alternate conference dates. All parties consent to this adjournment and no prior request for this relief has been made in connection with this lawsuit.

> The initial pretrial conference scheduled for
> January 24, 2020 is hereby adjourned to April 3,
> 2020 at 3 p.m. A proposed case management
> plan and joint letter are due no later than seven
> days before the conference. See Dkt. No. 10.
> SO ORDERED.

Respectfully submitted,

_(signature)_

Jared E. Blumetti

cc:   Fred Lichtmacher, Esq. (*Via ECF*)