UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michelle Adams,

    Plaintiff,

—v—

Equinox Holdings, Inc., et al.,

    Defendants.

19-cv-8461 (AJN)

ORDER

JAN 2 8 2020

ALISON J. NATHAN, District Judge:

On October 28, 2019, Defendants filed a motion to dismiss. Dkt. No. 11. On December 7, 2019, Plaintiff filed an amended complaint, Dkt. No. 19, and on December 30, 2019, Defendants filed a letter informing the Court that they will rely on their initially-filed motion to dismiss, Dkt. No. 20.

As of the date of this Order, the Court has not received an opposition to Defendants' motion to dismiss. If Plaintiff wishes to file an opposition to the motion to dismiss, she must do so on or before February 7, 2020. At that time, if the Court has not received a filing from Plaintiff or a letter providing good cause for an extension, Defendants' motion to dismiss will be deemed fully briefed.

SO ORDERED.

Dated: January ___, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge