UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
MICHELLE ADAMS :
:
:
Plaintiff, :
: 19-CV-8461 (JPC)
-v- :
: ORDER
:
EQUINOX HOLDINGS, INC. *et al.*, :
:
Defendants. :
:
----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Defendants' letter motion for an additional four hours to depose Plaintiff over the seven-hour limit set forth in Rule 30(d)(1) of the Federal Rules of Civil Procedure, *see* Dkt. 59, and Plaintiff's letter in opposition, *see* Dkt. 61. The Court finds that additional time is necessary "to fairly examine the deponent," Fed. R. Civ. P. 30(d)(1), and grants Defendant's request. Defendants may depose Plaintiff for an additional four hours beyond the seven-hour limit for a total of eleven hours.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 59.

SO ORDERED.

Dated: August 19, 2021
       New York, New York
                                                  _____
                                                  JOHN P. CRONAN
                                                  United States District Judge