UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
MICHELLE ADAMS :
:
:
Plaintiff, :
: 19-CV-8461 (JPC)
-v- :
: ORDER
:
EQUINOX HOLDINGS, INC. *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

All discovery in this matter ends on November 19, 2021. The parties shall submit a joint status letter to the Court no later than November 29, 2021, advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

SO ORDERED.

Dated: August 19, 2021
New York, New York

JOHN P. CRONAN
United States District Judge