The Law Office of Fred Lichtmacher PC
Fred Lichtmacher
116 West 23rd Street Suite 500
New York, New York 10011
(212) 922-9066
**During the Pandemic Please Use (646) 318-3806**
empirestatt@aol.com

December 5, 2021

Honorable Judge JOHN P. CRONAN
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>Adams v. Equinox Holdings, Inc. et al</u>, 19-cv-08461-JPC

Your Honor:

    I represent the plaintiff in the above entitled matter. I write in response to my adversary's letter dated December 1, 2021.

    As an initial matter, plaintiff is not resisting supplying information she has in her possession. However, adversary counsel did not serve these requests in the manner he served his prior requests and I did not see them.  They came from strange email addresses and I informed counsel I never received his requests.  Nevertheless he brought this to the Court's attention even though plaintiff is not resistant to responding to those requests which are appropriate with the information to which she has access.  In terms of the full names of many of the trainers it is disingenuous of counsel to demand this information from plaintiff, who undoubtedly knows and addresses most of the trainers less formally when Equinox has this information readily available.

    Further, adversary counsel served a subpoena to plaintiff's home, which is entirely inappropriate and plaintiff requests the Court inform counsel not to repeat this behavior.

    Now that plaintiff does have the discovery requests, due to their being filed with this Court from the email address from which we are used to receiving adversary counsel's communications, we will be addressing the requests within the next three weeks, if the Court deems that an appropriate amount of time.

    We agree with counsel that an enlargement is necessary.

Respectfully submitted

/ s /

                   Fred Lichtmacher

cc: Jared Evan Blumetti
   LaRocca Hornik Rosen & Greenberg LLP

The Court grants the parties' request to extend the discovery deadlines. Fact discovery shall be completed by February 7, 2022. Expert discovery shall be completed by March 21, 2022. The post discovery status letter shall be filed by March 28, 2022. The Court will not grant another discovery extension request unless the parties show extremely compelling reasons for doing so.

Because Plaintiff has said that it will respond within three weeks to the discovery requests outlined in Defendants' letter motion to compel, *see* Dkt. 68, the Court denies that motion without prejudice. If Plaintiff has not fully complied with the discovery requests outlined in the motion to compel by December 27, 2021, Defendants may again move to compel discovery. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 68.

SO ORDERED.

Date: December 6, 2021

New York, New York

            JOHN P. CRONAN
            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    19 cv 08641 JPC
-------------------------------------------------------------X