# LaRocca Hornik Rosen & Greenberg LLP
### COUNSELORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

lhrgb.com

Freehold Commons
83 South Street
3rd Floor
Freehold, NJ 07728
732.409.1144
732.409.0350 fax

Private Lender Group
212.536.3529
732.625.2463 fax

Frank J. LaRocca ♦o
Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg ∆
Amy D. Carlin ∆
Patrick McPartland ∆
David N. Kittredge
Jared E. Blumetti
Faisal R. Lateef ∆
Sanford Hausler ∆
Jason W. Moussourakis ∆
Stan Sharovskiy ∆
John L. Garcia ∆
Peter Kelegian ∆
Drew Tanner ‡
Lauren Weissman-Falk
Nelson Diaz
Ryan Duffy
Daniel Kraft ‡

∆ New York Bar Only
‡ New Jersey Bar Only
◊ Of Counsel Attorneys
o Certified Matrimonial Law Attorney

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

February 4, 2022

**VIA ECF & E-MAIL**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

Re: Michelle Adams v. Equinox Holdings, Inc. et al.
    Docket No. 1:19-cv-08461 (JPC)

Dear Judge Cronan:

We represent defendants Equinox Holdings, Inc., Joseph Matarazzo, Matthew Herbert, and Wil Diaz (collectively, "Equinox") and write to respectfully request leave to depose non-party witness Nancy Johnson—whose contact information was just provided by plaintiff this morning—following the expiration of the fact discovery deadline on February 7, 2022.

Our firm has already prepared a subpoena for immediate service on Ms. Johnson. However, in order to provide Ms. Johnson with reasonable notice under Rule 45, the deposition must be scheduled after the expiration of the fact discovery deadline on Monday, February 7th.[1]

As such, it is respectfully requested that Equinox be granted leave to conduct this deposition after the expiration of the fact discovery deadline. Plaintiff consents to this request. There have been prior requests for this relief.

This request is granted. The Court grants Equinox leave to depose Ms. Johnson after the expiration of the fact discovery deadline.

SO ORDERED.
Date: February 7, 2022
New York, New York

*signature: John P. Cronan*
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/ *Jared E. Blumetti*

Jared E. Blumetti

cc: Fred Lichtmacher, Esq. (*via ECF*)

---

[1] Plaintiff, who was asked to provide the names and contact information of witnesses nearly 2 years ago, has proceeded to disclose the contact information of 5 non-party witnesses over the past 2.5 months, including 2 in the past 13 days. Equinox has already successfully subpoenaed and deposed all of those witnesses with the exception of Ms. Johnson.