UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MICHELLE ADAMS                                                     :
                                                                   :
                        Plaintiff,                                 :
                                                                   :   19 Civ. 8461 (JPC)
            -v-                                                    :
                                                                   :   ORDER
EQUINOX HOLDINGS, INC. *et al.*,                                   :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a status teleconference on March 10, 2022 at 11:00 a.m. to discuss Plaintiff's pending letter motion for discovery. *See* Dkt. 78. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. By March 3, 2022 the parties shall (1) meet and confer in good faith to discuss the discovery dispute and (2) file a joint letter outlining any remaining items in dispute along with each parties' arguments on the discoverability of the disputed items.

SO ORDERED.

Dated: February 22, 2022
       New York, New York                         _____
                                                        JOHN P. CRONAN
                                                    United States District Judge