UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    19 cv 08641 JPC
------------------------------------------------------------X
MICHELLE ADAMS,

                      Plaintiff,

       -against-

                                **PROPOSED REVISED MOTION
SCHEDULE**

EQUINOX HOLDINGS, INC, et al,

                      Defendants.

------------------------------------------------------------X

| **Previous Date** | **Proposed New Date** |
|---|---|
| Motion served by defendants  May 6, 2022 | Unchanged-motion served |
| Response by plaintiff June 24, 2022 | July 1, 2022 |
| Defendants' Reply papers July 22, 2022 | July 29, 2022 |

SO ORDERED

_____

The Court approves this extension request and proposed schedule.  Plaintiff's opposition papers are due by July 1, 2022, and a reply, if any, is due by July 29, 2022.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 92.

SO ORDERED.
Date: June 24, 2022
    New York, New York

_____
JOHN P. CRONAN
United States District Judge

The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, New York 10011
(212) 922-9066
empirestatt@aol.com

June 23, 2022

Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Adams v. Equinox Holdings, Inc. et al. ;19-cv-08461-JPC**

Your Honor:

I represent the plaintiff in the above-entitled matter, and I write this letter to request a one week enlargement for plaintiff to file her response to defendants' motion for summary judgment. I tried but could not reach my adversary to obtain his position on my request.

The original dates set for the motion schedule were as follows:

Equinox filed its moving papers by May 6, 2022. Opposition papers were initially due June 3, 2022, and the reply was due by June 24, 2022. This Court granted an enlargement after the defendants filed their motion in a timely manner. However, this attorney has been engaged in trial until the end of last week in the Bronx Supreme Court before the Honorable Judge Alpert in Perez v NYC et al, 20906/10 which began May 18, 2022 and which was delayed by a juror testing positive for Covid.

This is the second request for an enlargement of time for the motion schedule. With the first request the Court granted an enlargment for the plaintiff to file her response by June 24, 2022. Plaintiff now requests an enlargement making July 1, 2022 plaintiff's new deadline to file her opposition and July 29, 2022 would be the new deadline for defendants' reply. I was aware that opposing counsel would be out of the state on vacation from June 29, 2022 to July 10, 2022 but I did not know he would be impossible to reach as of today. It is my understanding that no other dates would be affected.

Respectfully submitted,

_____/s/_____
Fred Lichtmacher

cc:    Jared Evan Blumetti
       Thomas McPartland
       *LaRocca Hornik Rosen & Greenberg LLP*
       40 Wall Street
       32nd Floor
       New York, NY 10005
       212-530-4831