The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street, Suite 500
New York, New York 10011
(212) 922-9066
empirestatt@aol.com

March, 2, 2023

Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Adams v. Equinox Holdings, Inc. et al, 19-cv-08461-JPC**

Your Honor:

    I represent the plaintiff in the above-entitled matter, and write this letter as per the Court's Order regarding service on Elvira Bolotbekova and Alex Songolo.

    When this action commenced in 2019, plaintiff attempted in good faith to serve Bolotbekova and Songolo, who were originally named as defendants. Despite plaintiff's good faith efforts, plaintiff was unable to find and serve Bolotbekova or Songolo with process. Plaintiff was hampered in no small part due to the COVID-19 pandemic.

    However, as this litigation has developed, plaintiff recognized her inability to serve these two individuals, and has been operating as if these two individuals are no longer parties to the action. For instance, in plaintiff's summary judgement opposition papers (dkt #95, 96, 97), neither Bolotbekova or Songolo are referred to as 'defendants.'

    Though there is good cause for plaintiff's failure to serve Bolotbekova and Songolo, plaintiff does not seek an extension. Plaintiff will proceed against the remaining defendants.

Respectfully submitted,
/s/
Fred Lichtmacher

cc:    Jared Evan Blumetti
       Patrick Thomas McPartland
       *LaRocca Hornik Rosen & Greenberg LLP*
       40 Wall Street 32nd Floor
       New York, NY 10005
       212-530-4831
       jblumetti@lhrgb.com

pmcpartland@lhrgb.com