**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHELLE ADAMS,

                Plaintiff,

    -against-                                    19 **CIVIL** 8461 (JPC)

                                                       **JUDGMENT**

EQUINOX HOLDINGS, INC., et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 17, 2023, the Moving Defendants' motion

for summary judgment is granted in full; accordingly, the case is closed.

**Dated:**  New York, New York

        March 17, 2023

                                    **RUBY J. KRAJICK**

                                    _____
                                       **Clerk of Court**

              **BY:**          K. Mango

                                      _____
                                      **Deputy Clerk**